DOMINIC J. CARILLI *v.* PENSION COMMISSION OF THE CITY OF HARTFORD

The parties, by their counsel, having appeared before this court in response to the order of May 20, 1964, directing them to show cause why the reservation should be entertained and having been fully heard, the court finds no good cause for answering the question reserved. Accordingly, the court refuses to entertain the reservation.

*Elihu H. Berman,* for the plaintiff.

*Joseph J. Burns,* for the defendant.

Argued June 2—decided June 4, 1964

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY ET AL. *v.* ALFRED N. PREMO, INSURANCE COMMISSIONER, ET AL.

The motion by the plaintiffs seeking an amendment of the order of this court dated November 12, 1963, denying the plaintiffs' motion for a ruling on the question whether the appeal from the Superior Court in Hartford County had become moot is denied.

*Frank E. Callahan* and *John D. Fassett,* in support of the motion.